United States Courts
Southern District of Texas
FILED

*May 15, 2026*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | **CRIMINAL NO. H-23-328-S** |
| **v.** § | |
| § | |
| § | |
| **JOLSON WU** § | |

**SIXTH SUPERSEDING CRIMINAL INFORMATION**

The United States Attorney charges:

**A. INTRODUCTION**

At all times material to this Sixth Superseding Criminal Information:

1. Defendant **JOLSON WU (WU)** resided within the Southern District of Texas.

2. **WU** was a CPA who owned and operated a business that, among other things, prepared income tax returns and financial statements.

3. The Federal Deposit Insurance Corporation (FDIC) was an agency of the United States established to protect depositors by insuring the deposits of member banks with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions. The FDIC insurance fund was backed by the United States government.

4.   PSB and other banks (collectively the Victim Financial Institutions) were federally insured financial institutions located within the Houston Division of the Southern District of Texas, whose deposits were insured by the FDIC.

5.   Co-conspirator Ernest Mo was employed as a loan officer by various financial institutions insured by the FDIC within the Houston Division of the Southern District of Texas, including PSB.

6.   Defendant **WU** entered into a conspiracy and scheme with Ernest Mo and other co-conspirators to obtain loans for borrowers by preparing fraudulent income tax returns and other documents to be submitted to Victim Financial Institutions to gain approval of fraudulent loan applications.

7.   Ernest Mo recruited and paid **WU** to prepare false and fraudulent income tax returns for borrowers applying for loans.

8.   Co-conspirator BD owned a company called *** Utilities.

9.   On or about July 17, 2018, Ernest Mo was a loan officer at PSB handling loan applications for co-conspirator BD and his company, *** Utilities.

10. Ernest Mo used **WU** to prepare fraudulent tax returns for *** Utilities' so that *** Utilities could get approved for loans from PSB.  **WU** coordinated with Ernest Mo for Ernest Mo's approval on the numbers to be input on the fraudulent tax returns to be submitted to PSB.

## B. THE CONSPIRACY

11. From in or about 2017 and continuing through in or about 2022, in the Houston Division of the Southern District of Texas and elsewhere,

**JOLSON WU,**

defendant herein, did knowingly combine, conspire, confederate, and agree with others known and unknown to commit the following offense against the United States, that is: to knowingly execute and attempt to execute a scheme and artifice to defraud one or more of the Victim Financial Institutions, and to obtain moneys, funds, and credits owned by and under the custody and control of one or more of the Victim Financial Institutions, by means of material false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## C. MANNER AND MEANS OF THE CONSPIRACY

12. Defendant **WU** and co-conspirators sought to accomplish the purpose of the conspiracy by preparing and submitting false and fraudulent documents, including falsified and fraudulent income tax returns, to obtain loans from one or more of the Victim Financial Institutions.

## D.  ACTS IN FURTHERANCE OF THE CONSPIRACY

13. On or before July 17, 2018, **WU** knowingly prepared false and fraudulent income tax returns to submit to PSB for a line of credit loan for *** Utilities.

14. On or about July 17, 2018, PSB approved a line of credit loan for *** Utilities for $1,000,000 based on the fraudulent tax returns prepared by **WU.**

In violation of Title 18, United States Code, Section 371

### NOTICE OF FORFEITURE
(18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to the defendant,

### JOLSON WU

that in the event of conviction of the offense charged in Count 1 of this Sixth Superseding Criminal Information, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

### MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the defendant's money judgment.

4

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

By:    *Belinda Beek*
          Belinda Beek
          Assistant United States Attorney